IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

CHANEY OSWALD GUMPERT, #317015 §
§
v. § CIVIL ACTION NO. G-03-588
§
DOUG DRETKE, DIRECTOR §
OF TDCJ-CID §

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on March 30, 2006, to which Petitioner has failed to file his Objections in a timely manner. April 17, 2006

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court is of the opinion that the Report and Recommendation is correct and should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Chaney Gumpert (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 20th day of April, 2006.

Samuel B. Kent
United States District Judge